**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC., ) | |
| ) | |
| Plaintiff, ) | Case No: 3:12-cv-00575-MMH-TEM |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-22, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT**
**PREJUDICE OF JOHN DOES 9, 10, 12, 13, 14, 15, 18, 19, 20 AND 22 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Doe 9, 10, 12, 13, 14, 15, 18, 19, 20 and 22 from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 70.187.84.96, 184.4.114.159, 108.9.176.45, 173.78.152.117, 71.251.125.66, 71.98.173.19, 96.228.146.225, 96.228.210.42, 96.228.230.221 and 96.254.21.10, respectively. Plaintiff recently received the names and identifying information of many Defendants in this case and is unable to coordinate service of process to properly serve Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: September 12, 2012

Case No: 3:12-cv-00575-MMH-TEM

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb